JANUARY 26, 1996

No. 94–804. UNITED STATES DEPARTMENT OF JUSTICE ET AL. *v.* ROSENFELD. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.